UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DuPONT AUTHENTICATION SYSTEMS, LLC<br>    Plaintiff<br><br>V.<br><br>JAKKS PACIFIC, INC.<br>    Defendant | CIVIL ACTION NO.:<br>3:02 CV 2193 (MRK)<br><br>DECEMBER 22, 2003 |

## PLAINTIFF'S RESPONSE TO
## NOTICE TO COUNSEL DATED DECEMBER 4, 2003

In response to Notice to Counsel dated December 4, 2003, the undersigned counsel for the plaintiff hereby submits the enclosed statement in response to the notice issued by the Court on December 4, 2003. The captioned matter seeks recovery from the defendant for breach of contract in connection with provision of certain manufacturing services rendered to the defendant. The parties have exchanged written discovery. The parties have been attempting to schedule depositions for the principals, both of the plaintiff and the defendant. The scheduling of these depositions has been complicated by the fact that the defendant is located in California. Counsel had been holding dates on the possibility that the appropriate parties from the defendant would be in New York City, which would have reduced expense and logistical issues. Unfortunately the anticipated travel did not occur. The parties are now trying to schedule

depositions in California or by telephone. It is expected that the depositions, either traditional or telephonic, will be completed by the end of February, 2004, at which point the case will be ready to be tried.

Dated at: Westport, Connecticut
December 22, 2003

                RESPECTFULLY SUBMITTED,

                THE PLAINTIFF,
                DuPONT AUTHENTICATION
                SYSTEMS, LLC
                By Its Attorneys

                Alexander J. Trembicki, Esq.
                Lynch, Trembicki, Martelon & Boynton
                225 Main Street
                Suite 103
                Westport, CT 06880
                Telephone No.: 203.227.6808
                Federal Juris No.: CT 06889

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, to all counsel of record on this date, December 22, 2003 as follows:

Bruce Robins, Esq.
Feder, Kaszovitz, Isaacson,
Weber, Skala, Bass & Rhine, LLP
750 Lexington Avenue
New York, NY 10022-1200
(counsel for Jakks Pacific, Inc.)

Toby M. Schaffer, Esq.
Shapiro & Siegel, P.C.
162 Bedford Street
Stamford, CT 06901
(counsel for Jakks Pacific, Inc.)

_____
ALEXANDER J. TREMBICKI