UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 5  1 26 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| DuPONT AUTHENTICATION SYSTEMS, LLC<br>　　　　Plaintiff<br><br>V.<br><br>JAKKS PACIFIC, INC.<br>　　　　Defendant | CIVIL ACTION NO.:<br>3:02 CV 2193 (MRK)<br><br>DECEMBER 23, 2003 |

## MOTION TO AMEND PARTIES' 26(F) REPORT

The plaintiff and the defendant herein move to amend the 26(f) report submitted to the court in the following respects.

1.　To amend section E (1) to enlarge the time for the completion of all depositions to March 15, 2004 from the current deadline of December 31, 2003.

Counsel for the plaintiff was under the mistaken impression that fact depositions needed to be completed by December 31, 2003. After closer review of the previous filed 26(f) report it is apparent that the fact depositions should have been completed by October 31, 2003. Thus, counsel requests an enlargement of the deadline for all depositions to the aforesaid March 15, 2004 date.

In support thereof the plaintiff and the defendant need additional time to schedule and complete depositions. The taking of depositions has been

complicated by the defendant's location in California. The parties had tried to arrange depositions to coincide with anticipated business travel by the principals of the defendant to New York City to occur in October, 2003. Unfortunately that travel did not occur. The parties are in the process of scheduling depositions for the early part of 2004. Accordingly, it is hereby jointly requested that the time for completion of those depositions be extended to March 15, 2004.

Respectfully submitted,

**DuPONT AUTHENTICATION SYSTEMS, LLC**
By Its Attorneys,

Alexander J. Trembicki
Fed. Bar No. CT 06889
Lynch, Trembicki, Martelon & Boynton
225 Main St. Ste. 103
Westport, CT 06880

Dated: 1/2/04

**JAKKS PACIFIC, INC.**
By Its Attorneys,

Toby M. Schaffer, Esq.
Fed. Bar No.
Shapiro & Siegel, P.C.
162 Bedford Street
Stamford, CT 06901

Bruce Robins, Esq.
Feder, Kaszovitz, Isaacson, Weber, Skala, Bass & Rhine, LLP
750 Lexington Avenue
New York, NY 10022-1200

Dated: 12/30/03