# United States District Court
# District of Connecticut

|  |  |  |
|---|---|---|
| DuPont Authentication Systems, LLC | : | |
| *Plaintiff* | : | |
| v. | : | Case No. 3:02cv2193 |
| | : | |
| Jakks Pacific, Inc. | : | |
| *Defendant* | : | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

☐ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

☐ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

☐ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

☐ A ruling on the following motions which are currently pending: (orefm.)
Doc#

☒ A settlement conference (orefmisc./cnf.)

☐ A conference to discuss the following: (orefmisc./cnf.)

☐ Other: (orefmisc./misc)


SO ORDERED this __7th__ day of __January__, __2004__ at New Haven, Connecticut.


               /s/                     Mark R. Kravitz
                          UNITED STATES DISTRICT COURT JUDGE