UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday January 7, 2004
9:30 a.m.

CASE NO. **3:02cv2193 MRK**   Dupont v Jakks Pacific, Inc.

Toby M. Schaffer
Shapiro & Siegel, P.C.
162 Bedford St.
Stamford, CT 06901-1916

Alexander J. Trembicki
Lynch, Lynch, Martelon & Trembicki
225 Main St.
Ste. 103
Westport, CT 06880

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD
DATE: 1/7/04
15 min.