## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUPONT AUTHENTICATION SYSTEMS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:02cv2193 |
| | : | |
| JAKKS PACIFIC, INC., | : | |
| | : | |
| Defendant. | : | |

### ORDER

The Motion To Amend Parties' 26(F) Report [doc. #21], dated December 23, 2003, is hereby **DENIED** as moot.

　　　　　　　　　　　　　　　　　　　　　　　　IT IS SO ORDERED.


　　　　　　　　　　　　　　　　　　　　/s/　　　　　Mark R. Kravitz　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.


Dated at New Haven, Connecticut: January 9, 2004.