UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------------x
DUPONT AUTHENTICATION           :
SYSTEMS, LLC,                   :
       Plaintiff,               :
                                :
       v                        :        CIVIL NO.  3:02cv2193 (MRK)
                                :
JAKKS PACIFIC, INC.,            :
       Defendant.               :
-----------------------------------------------------x
```

## CALENDAR AND STATUS/SETTLEMENT CONFERENCE ORDER

This case is scheduled for a settlement conference with the Honorable William I. Garfinkel, United States Magistrate Judge on March 23, 2004 at 10:00 a..m. at the United States District Court, 915 Lafayette Blvd., Room 429, Bridgeport, CT.  Local counsel shall notify any pro hac vice counsel of the date and time of the conference.

The purpose of the conference is to give the parties the opportunity to consider settlement before additional expense, attorneys' fees and other resources are expended.  In their representation of clients and fulfillment of obligations to the Court, counsel must approach this conference in good faith and with the preparation necessary to resolve the issues in the case.

**The parties are hereby ordered to be present at the conference.**  If a party is a legal entity, not an individual, a representative of the party who is fully authorized to decide all matters pertaining to the case shall be present at the conference.  The Court will not hold a settlement conference without all parties present.  Availability of a party by phone is not permitted without the authorization of the Court.  In cases where a party requires authority from an insurer to settle the case, the party shall ensure that an insurance company representative with full authority to settle the cases is present at the conference.  Failure of a party with full authority to settle the case to attend the conference may result in the

imposition of sanctions. The parties should be prepared to spend the entire day in the settlement conference.

**Not later than  five (5) days prior to the conference**  counsel shall submit to the Magistrate Judge, an ex parte, confidential conference memorandum**.**  The memorandum shall set  forth the legal elements of the claims and defenses made, the factual basis for the claims and defenses, the discovery anticipated, the time required for the anticipated discovery, the substantive motions contemplated, and the amount and nature of any demands and/or offers made to date.  Counsel shall be prepared to discuss a reasonable resolution of the case consistent with its merits.  Any requests pertaining to the conference shall be made to the Chambers of the Magistrate Judge  in writing, or by telephone confirmed in writing no later than ten (10) days from the date of this order.  Any counsel requesting continuances, which will be considered only for good cause clearly shown, shall consult with counsel for all other parties before making the request and, in the event of a continuance, shall notify all parties of the new date and time.

If the case is resolved after the issuance of this order, the parties shall contact Judge Garfinkel's Chambers before the date of the settlement conference to advise the Court of the existence of the settlement.

SO ORDERED this 12th  day of February 2004  at Bridgeport, Connecticut.

_____/s/_____
William I. Garfinkel
United States Magistrate Judge