*fee paid*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------x

DUPONT AUTHENTICATION SYSTEMS, LLC..,

                          Plaintiff,

        - against -

JAKKS PACIFIC, INC.,

                          Defendant.

-----------------------------------------------------------------x

FILED
MAR 3  3 34 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

3:02 Civ. 2193 (MRK)

**MOTION FOR
PERMISSION TO
PARTICIPATE IN
ACTION PRO HAC VICE**

        The Defendant, by its attorneys Shapiro & Siegel, P.C., hereby moves for an order granting permissions for Bruce Robins, Esq. and Ezio Scaldaferri, Esq. to appear and participate in this matter as visiting lawyers *pro hac vice*, pursuant to Rule 83.1(d) of the local rules of civil procedure of the United States District Court for the District of Connecticut.

        The address of the above-named attorneys is: c/o Feder, Kaszovitz, Isaacson, Weber, Skala, Bass & Rhine LLP; 750 Lexington Avenue, New York, NY 10022-1200. Their telephone number is (212) 888-8200; their fax number is (212) 752-4632; and their email addresses are respectively, brobins@fkiwsb.com and ezios@fkiwsb.com. Accompanying this motion are the supporting affidavits of Ezio Scaldaferri, Esq. and Bruce Robins, Esq.

                      The Defendant,

            By: _____
                  Toby M. Schaffer #303068
                  ct 06076

Shapiro & Siegel, P.C.
162 Bedford Street
Stamford, CT 06901
(203) 327-2273

X:\WPDOC\Br\JakDupOrd.wpd

**ORDER**

The foregoing motion for admission *pro hac vice* having been heard by the Court, it is hereby

Ordered:    Granted/Denied

THE COURT

By: _____

This is to certify that a copy of the foregoing motion was mailed. this date to: Alexander J. Trembicki, Esq., Lynch, Trembicki, Martelon & Boynton, 225 Main Street, Suite 103, Westport, CT  06880

By:    _____
       TOBY M. SCHAFFER #303068
           CT # 06076

SHAPIRO & SIEGEL, P.C.
162 Bedford Street
Stamford, CT  06901
(203) 327-2273

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------x

DUPONT AUTHENTICATION SYSTEMS, LLC..,

               Plaintiff,

- against -

JAKKS PACIFIC, INC.,

               Defendant.

------------------------------------------------------------------x

302 Civ. 2193 (MRK)

## AFFIDAVIT OF BRUCE ROBINS, ESQ.

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK )

      BRUCE ROBINS, ESQ., being duly sworn, deposes and says:

      1.    I am a member of the law firm of Feder, Kaszovitz, Isaacson, Weber, Skala, Bass & Rhine LLP (the "Feder firm"), with offices located at 750 Lexington Avenue, New York, NY 10022-1200. Our telephone number is (212) 888-8200; our fax number is (212) 752-4632; and my email address is brobins@fkiwsb.com.

      2.    I submit this affidavit in support of my application for admission *pro hac vice* as a visiting lawyer pursuant to Rule 83.1(d) of the local rules (the "Rules") of civil procedure of the United States District Court for the District of Connecticut to appear and participate on behalf of defendant JAKKS Pacific, Inc. ("JAKKS") in the above-captioned action. The Feder firm is general counsel to JAKKS.

3.  I am an attorney licensed to practice law in the States of New York, New Jersey, and Connecticut, am a member in good standing of the bars of those states, as well as the bar of the United States Courts of Appeals for the Second and Third Circuits, the United States District Courts for the Eastern and Southern Districts of New York and the District of New Jersey.

4.  I have never been denied admission or disciplined by this or any other Court.

5.  I have reviewed and am fully familiar with the Rules, and agree that I will abide by them. I voluntarily consent to this Court exercising disciplinary jurisdiction over me with respect to this action.

_____
BRUCE ROBINS

Sworn to before me this
25th day of February, 2004

_____
NOTARY PUBLIC

GLORIA L. McALLISTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MC4668688
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES MARCH 30, 2006

R:\WPDOC\Br\JakDupPhvBrAff.wpd

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------x

DUPONT AUTHENTICATION SYSTEMS, LLC..,

302 Civ. 2193 (MRK)

Plaintiff,

- against -

JAKKS PACIFIC, INC.,

Defendant.

---------------------------------------------------------------------x

**AFFIDAVIT OF EZIO SCALDAFERRI, ESQ.**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

EZIO SCALDAFERRI, ESQ., being duly sworn, deposes and says:

1. I am a member of the law firm of Feder, Kaszovitz, Isaacson, Weber, Skala, Bass & Rhine LLP (the "Feder firm"), with offices located at 750 Lexington Avenue, New York, NY 10022-1200. Our telephone number is (212) 888-8200; our fax number is (212) 752-4632; and my email address is ezios@fkiwsb.com.

2. I submit this affidavit in support of my application for admission *pro hac vice* as a visiting lawyer pursuant to Rule 83.1(d) of the local rules of civil procedure of the United States District Court for the District of Connecticut (the "Rules") to appear and participate on behalf of defendant JAKKS Pacific, Inc. ("JAKKS") in the above-captioned action. The Feder firm is general counsel to JAKKS.

3. I am an attorney licensed to practice law in the State of New York and am a member in good standing of the bars of the State of New York and the United States District Court for the Southern District of New York.

4. I have never been denied admission or disciplined by this or any other Court.

5. I have reviewed and am fully familiar with the Rules, and agree that I will abide by them. I voluntarily consent to this Court exercising disciplinary jurisdiction over me with respect to this action.

_____
EZIO SCALDAFERRI

Sworn to before me this
25th day of February, 2004

_____
NOTARY PUBLIC

GLORIA L. McALLISTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MC4668688
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES MARCH 30, 2006

X:\WPDOC\Br\JakDupPhvEsAff.wpd

UNITED STATES DISTRICT COURT
<u>DISTRICT OF CONNECTICUT</u>

302 CIV 2193(MRK)

DUPONT AUTHENTICATION SYSTEMS,LLC
           Plaintiff

vs.

JAKKS PACIFIC, INC..
           Defendant

AFFIDAVIT IN SUPPORT OF
<u>PRO HAC VICE MOTION</u>

Toby M. Schaffer, being duly sworn, deposes and says:

1. I am associated with the firm of Shapiro & Siegel, P.C. , And am a member of the Bar of the State of Connecticut and the United States District Court for the District of Connecticut.

2. I submit this affidavit in support of the applications of Bruce Robins and Ezio Scaldaferri, both of the firm of Feder, Kaszovitz, Isaacson, Weber, Skala, Bass & Rhine LLP, 750 Lexington Avenue, New York, New York, for admission pro hac vice puirsuant to the rules of this Court.

3. Both Attorney Robins and Attorney Scaldaferri are members of good standing of the bar of the State of New York and of the United States District Courts of the Southern and Eastern Districts of New York. Neither is now nor has ever been the subject of a pending grievance.

4. I am personally familiar with these attorneys and with their firm, and know them to be attorneys of the highest standing and reputation.

5. Attorney Robins and Attorney Scaldaferri consent to submit to the jurisdiction of this Court and to abide by the Local Rules of this Court.

6. Upon the granting of this motion, I hereby request permission to be excused from further attendance at proceedings of this matter before this Court.

*Toby M. Schaffer*

Sworn to and subscribed before me this
26th day of February, 2004

Bernard L. Shapiro
Commisioner of the Superior Court

BERNARD L. SHAPIRO
Notary Public, State of New York
No. 24-4636443 Qual. in Nassau Co.
Commission Expires Nov. '09, 2004