*fee paid*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
MAR 3  3 34 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

-----------------------------------------------------------------x

DUPONT AUTHENTICATION SYSTEMS, LLC..,

                  Plaintiff,

      - against -

JAKKS PACIFIC, INC.,

                  Defendant.

-----------------------------------------------------------------x

3:02 Civ. 2193(MRK)

**MOTION FOR
PERMISSION TO
PARTICIPATE IN
ACTION PRO HAC VICE**

The Defendant, by its attorneys Shapiro & Siegel, P.C., hereby moves for an order granting permissions for Bruce Robins, Esq. and Ezio Scaldaferri, Esq. to appear and participate in this matter as visiting lawyers *pro hac vice*, pursuant to Rule 83.1(d) of the local rules of civil procedure of the United States District Court for the District of Connecticut.

The address of the above-named attorneys is: c/o Feder, Kaszovitz, Isaacson, Weber, Skala, Bass & Rhine LLP; 750 Lexington Avenue, New York, NY 10022-1200. Their telephone number is (212) 888-8200; their fax number is (212) 752-4632; and their email addresses are respectively, brobins@fkiwsb.com and ezios@fkiwsb.com. Accompanying this motion are the supporting affidavits of Ezio Scaldaferri, Esq. and Bruce Robins, Esq.

                  The Defendant,

                  By: _____
                  Toby M. Schaffer #303068
                  ct06076

Shapiro & Siegel, P.C.
162 Bedford Street
Stamford, CT 06901
(203) 327-2273

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By _____ Deputy Clerk

NEW HAVEN, CONN.
U.S. DISTRICT COURT
MAR 8 12 55 PM '04
FILED

X:\WPDOC\Br\JakDupOrd.wpd