UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Amended Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

March 23, 2004

10:00 a.m.

*Held 2 1/2 hours*

CASE NO. **3:02cv2193 (MRK)**    Dupont Authentication Systems vs. Jakks Pacific.

Toby M. Schaffer
Shapiro & Siegel, P.C.
162 Bedford St.
Stamford, CT 06901-1916


Alexander J. Trembicki
Lynch, Lynch, Martelon & Trembicki
225 Main St.
Ste. 103
Westport, CT 06880


* THIS AMENDED CALENDAR IS TO CORRECT THE COUNSEL LIST. THE SETTLEMENT CONFERENCE REMAINS THE SAME DAY, SAME TIME, SAME PLACE.

   THANKS.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK