# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---------------------------------------X

DUPONT AUTHENTICATION SYSTEMS, LLC,
                    Plaintiff,
        -against-
JAKKS PACIFIC, INC.,
                    Defendant.

---------------------------------------X

## APPEARANCE

CASE NUMBER: 302 Civ. 2193 ( MRK )

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

        Defendant JAKKS PACIFIC, INC.

3/30/04
_____
**Date**

CT 25687
_____
**Connecticut Federal Bar Number**

(212) 888-8200
_____
**Telephone Number**

(212) 752-4632
_____
**Fax Number**

brobins@fkiwsb.com
_____
**E-mail address**

_Bruce Robins_
_____
**Signature**

Bruce Robins
_____
**Print Clearly or Type Name**

c/o Feder, Kaszovitz, Isaacson, Weber, Skala
**Address** Bass & Rhine LLP

750 Lexington Avenue; New York, NY  10022

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Alexander Trembicki, Esq.
Lynch, Trembicki, Martelon, and Boynton
Attorneys for Plaintiff
225 Main Street
Westport, Connecticut  06880
(203) 227-6808

_Bruce Robins_
_____
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001