# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

---------------------------------------X
DUPONT AUTHENTICATION SYSTEMS, LLC,
           Plaintiff,
   -against-
JAKKS PACIFIC, INC.,
           Defendant.
---------------------------------------X

CASE NUMBER: 302 Civ. 2193 (MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant JAKKS PACIFIC, INC.

| | |
|---|---|
| 3/30/04 | *signed* Ezio Scaldaferri |
| **Date** | **Signature** |
| CT 07112 | Ezio Scaldaferri |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (212) 888-8200 | c/o Feder, Kaszovitz, Isaacson, Weber, Skala |
| **Telephone Number** | **Address** Bass & Rhine LLP |
| (212) 752-4632 | 750 Lexington Avenue; New York, NY 10022 |
| **Fax Number** | |
| ezios@fkiwsb.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Alexander Trembicki, Esq.
Lynch, Trembicki, Martelon, and Boynton
Attorneys for Plaintiff
225 Main Street
Westport, Connecticut 06880
(203) 227-6808

*signed* Bruce Robins Esq.
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001