UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DuPONT AUTHENTICATION SYSTEMS, LLC<br>      Plaintiff<br><br>V.<br><br>JAKKS PACIFIC, INC.<br>      Defendant | CIVIL ACTION NO.:<br>3:02 CV 2193 (MRK)<br><br>MAY 4, 2004 |

**PLAINTIFF'S MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    The plaintiff herein, DuPont Authentication Systems, LLC, moves pursuant to Rule F.R.C.P. 6(b) to enlarge the time to respond to the defendant's motion for summary judgment by twenty-one (21) days to June 7, 2004. A response is due by May 10, 2004. The reason for said request is that the plaintiff's counsel needs additional time to prepare the plaintiff's response to the motion. The need for additional time arises from the press of other matters which have negatively impacted the plaintiff's counsel's ability to properly prepare a response. Counsel for the plaintiff has consulted with counsel for the defendant who has no objection to this request.

Dated at:  Westport, Connecticut

May 4, 2004

                                      **DuPONT AUTHENTICATION SYSTEMS, LLC**
By Its Attorneys,

_____
Alexander J. Trembicki
Fed. Bar No. CT 06889
Lynch, Trembicki, Martelon & Boynton
225 Main Street
Suite 103
Westport, CT  06880
Telephone No.:  203.227.6808
Federal Juris No.:  CT 06889

**CERTIFICATION**

       I hereby certify that a copy of the foregoing has been mailed, postage prepaid, to all counsel of record on this date, May 4, 2004 as follows:

Bruce Robins, Esq.
Feder, Kaszovitz, Isaacson,
Weber, Skala, Bass & Rhine, LLP
750 Lexington Avenue
New York, NY 10022-1200
(counsel for Jakks Pacific, Inc.)

Toby M. Schaffer, Esq.
Shapiro & Siegel, P.C.
162 Bedford Street
Stamford, CT 06901
(counsel for Jakks Pacific, Inc.)

_____
ALEXANDER J. TREMBICKI