UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUPONT AUTHENTICATION SYSTEMS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:02cv2193 |
| | : | |
| JAKKS PACIFIC, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

Plaintiff's Motion To Enlarge time To Respond To Defendant's Motion For Summary Judgment [doc. # 32], dated May 4, 2004, is hereby GRANTED. Plaintiff shall respond to Defendant's Motion For Summary Judgment on or before **June 7, 2004**.

IT IS SO ORDERED.

/s/   Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: May 11, 2004.