District of Connecticut
FILED AT   NEW HAVEN
4/20    2004
Kevin F. Rowe, Clerk
By: Rita Warner
    Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------x

302 Civ. 2193 (MRK)

DUPONT AUTHENTICATION SYSTEMS, LLC..,

                Plaintiff,

          - against -

JAKKS PACIFIC, INC.,

                Defendant.

**MOTION FOR**
**SUMMARY JUDGMENT**

-----------------------------------------------------------------x

      The Defendant, by its attorney, Ezio Scaldaferri, Esq., hereby moves for an order granting it summary judgment dismissing plaintiff's complaint, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

      In support of this motion the defendant submits herewith:

      a) a Local Rule 56(a)(1) Statement, attached;

      b) the affidavit of Bruce Robins, with exhibits; and

      c) a memorandum of law.

Dated: April 14, 2004

                              The Defendant,

                              By: _____
                                  Ezio Scaldaferri - CT 07112
                                  c/o Feder Kaszovitz Isaacson Weber Skala
                                  Bass & Rhine, LLP
                                  750 Lexington Avenue
                                  New York, New York 10022-1200
                                  (212) 888-8200

## **ORDER**

The foregoing motion for summary judgment having been heard by the Court, it is hereby

Ordered:     Granted/Denied

THE COURT

By: _____


This is to certify that a copy of the foregoing motion was mailed on April 14, 2004 to plaintiff's attorney:

>Alexander J. Trembicki, Esq.
>Lynch, Trembicki, Martelon & Boynton
>225 Main Street, Suite 103
>Westport, Ct. 06880

By: _____
>Ezio Sdaldaferri - CT 07112
>c/o Feder Kaszovitz Isaacson Weber Skala
>       Bass & Rhine, LLP
>750 Lexington Avenue
>New York, New York 10022-1200
>(212) 888-8200

X:\WPDOC\Br\JakDupOrd.wpd