UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------x

DUPONT AUTHENTICATION SYSTEMS, LLC..,

                         Plaintiff,

      - against -

JAKKS PACIFIC, INC.,

                         Defendant.

------------------------------------------------------------------x

302 Civ. 2193 (MRK)

### AFFIDAVIT IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

State of New York   )
                        )ss:
County of New York )

      **Bruce Robins,** being duly sworn, deposes and says as follows:

    1.     I am an attorney duly admitted to practice law before this Court as a visiting attorney representing the defendant, JAKKS Pacific, Inc. ("JAKKS"). I submit this affidavit in support of JAKKS's motion seeking summary judgment dismissing plaintiff's complaint, and to set before the Court true copies of the following documents:

    a)     plaintiff's amended complaint and defendant's answer thereto, annexed as Exhibit A;

    b)     a fax dated 1/15/02 from George Ferrera ("Ferrera") of the plaintiff to Stacey Pauly ("Pauly") of JAKKS, annexed as Exhibit B;

    c)     an email dated 1/16/02 from Pauly to Ferrera, annexed as Exhibit C;

    d)     an email dated 1/16/02 from Ferrera to Pauly, annexed as Exhibit D;

e) an email dated 1/17/02 from Ferrera to Florence Di Giorgio ("Di Giorgio), annexed as Exhibit E;

f) an email dated 1/17/02 from Pauly to Ferrera; an email dated 1/22/02 from Ferrera to Pauly; an email dated 1/22/02 from Pauly to Ferrera; and an email dated 1/23/02 from Pauly to Ferrera, collectively annexed as Exhibit F;

g) an email dated 4/3/02 from Ferrera to Di Giorgio, annexed as Exhibit G;

h) an email dated 2/14/02 from Richard Zucker to Ira Berg, annexed as Exhibit H;

i) an email dated 5/29/02 from Andy Rickelmann ("Rickelmann") to Ferrera, annexed as Exhibit I;

j) invoice dated 5/10/02, from plaintiff to JAKKS, annexed as Exhibit J;

k) transcript of the deposition of George Ferrera, annexed as Exhibit K;

l) transcript of the deposition of Thomas Robert Foster, annexed as Exhibit L;

m) relevant pages from the transcript of Pauly's deposition, annexed as Exhibit M; and

n) relevant pages from the transcript of Rickelmann's deposition, annexed as Exhibit N.

2. For all the foregoing reasons, as well as those submitted in the accompanying memorandum of law, defendant's motion for summary judgment dismissing plaintiff's complaint should be granted in its entirety.

_____
Bruce Robins - CT25687

Sworn to before me this
12th day of April, 2004

_____
Notary Public

GLORIA L. McALLISTER
Notary Public, State of New York
No. 01MC4668688
Qualified in Kings County
Commission Expires March 30, 2006

X:\WPDOC\Br\jakdupbrsjaff.wpd