Exhibit B

To:    Stacy Pauli
       Jakks Pacific

Fax:   310.455.6394

Fr:    George Ferrera
       Dupont Authentication/Label Systems Inc

Email: gferrera@dupontauthentication.com

Sub:   Label information

Date:  January 15, 2002


Stacy:

Per our tele-con here is the information on the labels for the WWF Program.

| | |
|---|---|
| Part Number: | JP100PS |
| Part Description: | Jakks Pacific Custom WWF Label, ½" x ½" |
| | Miniature version of the 1" x 1" standard label, without sequential number series. |
| Quantity Per Roll: | 7,500ea |
| Price Per Label: | $0.015ea |
| Delivery: | 1,000,000ea from inventory |
| | 9,000,000ea on or before Jan 31st |


If you would like samples of the label please let me know.


Thank you,


PS:  After 5PM: My cell phone # 203.410.8679