**Exhibit H**

----- Original Message -----
**From:** Richard Zucker
**To:** ira.berg@wwfent.com
**Cc:** George Ferrera
**Sent:** Thursday, February 14, 2002 11:17
**Subject:** WWF authentication tags and stickers

Ira,
thank you for taking the time to talk to me this morning.

We are disappointed with the decision, but I do wish you luck with your business and hopefully we can work together again in the future.

To confirm our conversation, we have the following inventory
on hand:   1,150,000  standard stickers
           525,000  hang tags
        10,000,000  Jakks stickers

As agreed, the 10,000,000 Jakks stickers will be depleted with their next order and the other two items should be substantially, if not completely, depleted by March 31, 2002, the termination of our agreement.
If in fact orders exceed these quantities prior to the termination date, we are fully prepared to add additional stock to meet all orders up to the termination date.
If you need us to fill addtional orders subsequent to that date, while your new vendor gears up, we will be happy to do that.

Thank you for your past business.

Sincerely,
Richard Zucker
DuPont Authentication/ Label Systems

05/06/2002