Exhibit B

Case 3:02-cv-02193-MRK    Document 37-11    Filed 04/20/2004    Page 1 of 2

To: Stacy Pauli
Jakks Pacific

Fax: 310.455.6394

Fr: George Ferrera
Dupont Authentication/Label Systems Inc

Email: gferrera@dupontauthentication.com

Sub: Label information

Date: January 15, 2002

Stacy:

Per our tele-con here is the information on the labels for the WWF Program.

| | |
|---|---|
| Part Number: | JP100PS |
| Part Description: | Jakks Pacific Custom WWF Label, ½" x ½" |
| | Miniature version of the 1" x 1" standard label, without sequential number series. |
| Quantity Per Roll: | 7,500ea |
| Price Per Label: | $0.015ea |
| Delivery: | 1,000,000ea from inventory |
| | 9,000,000ea on or before Jan 31st |

If you would like samples of the label please let me know.

Thank you,

PS: After 5PM: My cell phone # 203.410.8679