Exhibit C

----- Original Message -----
From: Stacey Pauly <staceyp@jakks.net>
To: <gferrera@dupontauthentication.com>
Sent: Wednesday, January 16, 2002 15:23
Subject: wwf stickers

Hi there,

I'll need to place an order for 10,000,000 stickers. Please let me know what you need from me to place this order. I'm assuming that we already have some sort of account in place.

Thanks


Stacey Pauly
Director of Marketing
JAKKS Pacific, Inc.
310-455-6214 direct
310-455-6394 fax

05/06/2002