Exhibit D

-----Original Message-----
From: George Ferrera [mailto:gferrera@dupontauthentication.com]
Sent: Wednesday, January 16, 2002 1:01 PM
To: Stacey Pauly
Subject: Re: wwf stickers


Hi Stacey and thank you for the order.
Just your standard PO information: Bill to, Ship to.. Shipping method, and
requested delivery dates: will be fine. You are credit approved for the order.
Thanks again.