Exhibit E

-----Original Message-----
From: George Ferrera [SMTP:gferrera@dupontauthentication.com]
Sent: Thursday, January 17, 2002 8:59 AM
To: Florence Di Giorgio
Subject: Jakks Pacific

Hi Florence

I have been contacted by Jakks Pacific and they wish to place another order for 10 Million of the 1/2 X 1/2 stickers. Although I have not received the hardcopy yet, it looks like I will be receiving it shortly. In the meantime we have 1 million in inventory, but need to purchase materials for the 9 million as soon as possible because of severe lead times on film.

Is Jakks approved for another 10 Million labels?

Regards,

05/06/2002