Exhibit F

Case 3:02-cv-02193-MRK    Document 37-15    Filed 04/20/2004    Page 1 of 5

----- Original Message -----
From: Stacey Pauly <staceyp@jakks.net>
To: George Ferrera <gferrera@dupontauthentication.com>
Sent: Thursday, January 17, 2002 15:08
Subject: RE: wwf stickers

Hi George,

Hang tight, I'm waiting to hear from Hong Kong regarding their shipping requirements and whatnot.

thanks!

-----Original Message-----
From: George Ferrera [mailto:gferrera@dupontauthentication.com]
Sent: Tuesday, January 22, 2002 8:23 AM
To: Stacey Pauly
Subject: Re: wwf stickers

Hi Stacy
Just wanted to touch base with you... please let me know if you have any questions

## George Ferrera

**From:** Stacey Pauly <staceyp@jakks.net>
**To:** George Ferrera <gferrera@dupontauthentication.com>
**Sent:** Tuesday, January 22, 2002 13:19
**Subject:** RE: wwf stickers

no questions, just no specific information from Hong Kong yet.

George Ferrera

| | |
|---|---|
| From: | Stacey Pauly <staceyp@jakks.net> |
| To: | George Ferrera <gferrera@dupontauthentication.com> |
| Sent: | Wednesday, January 23, 2002 20:24 |
| Subject: | RE: wwf stickers |

Hi there,

What is the lead time for materials?