**Exhibit G**

----- Original Message -----
**From:** George Ferrera
**To:** Florence Di Giorgio
**Sent:** Wednesday, April 03, 2002 13:24
**Subject:** Fw: WWF authentication tags and stickers

Hi Florence:
I need your help.
I spoke with Stacy at Jakks today and she told me that all of her orders are on hold because of the WWF logo change so she will not be placing an order for the 10 million stickers as she verbally requested.

Our VP of Marketing, Richard Zucker had a conversation with Ira Berg, and is captured in the email below that it would be OK for Jakks to use the stickers.

Can you approve Jakks to use these stickers?  Please call me for further discussion.

Thank you Florence and any feedback you can give me will be appreciated,

George Ferrera
DuPont Authentication Systems
203.333.5503 Ext 270