Exhibit I

**George Ferrera**

**From:** Andy Rickelmann <andyr@jakks.net>
**To:** <gferrera@dupontauthentication.com>
**Sent:** Wednesday, May 29, 2002 21:43
**Subject:** WWF labels, working with a quote dated 1-15-02.

Good morning George,

I am working with Stacy Pauly acquiring the required labels. I have a few questions for you.

1) you have one million pieces on hand in your warehouse that are of the old style.
2) We will order 9 million at .015 each
3) Did you handle all shipping to Hong Kong in the past? If not, I can do it.
4) Is our account all up to date? Any issues?
5) What is the deliver time frame?
6) Do you have the artwork for the new WWE format?

I can be reached at the numbers below. I look forward to talking to you soon.

Thank You,
Andy Rickelmann
Director of Purchasing & Inventory Control
Phone 310-455-6304
Fax 310-455-6396