Exhibit J

```
                                                              INVOPAGE:    1


  Dupont Authentication Systems           INVOICE NUMBER:   0002374-IN
  56 Cherry Street                          INVOICE DATE:   05/10/02
  Bridgeport, Ct 06605
                                            ORDER NUMBER:   0006596
                                              ORDER DATE:   05/10/02
  (203) 333-5503                             SALESPERSON:   HACT
                                             CUSTOMER NO:   0015000

  SOLD TO:                                SHIP TO:
  JAKKS PACIFIC,INC                       JAKKS PACIFIC,INC
  22761 PACIFIC COAST HIGHWAY             ROOM 1008, PENNISULA CENTER
  SUITE #226                              67 MODY RD, TSIMSHATSUI EAST
  Malibu                  CA 90265
  CONFIRM TO:
  ------------------------------------------------------------------------
  CUSTOMER P.O.     SHIP VIA          F.O.B           TERMS
  STACEY            EXP, OCEAN                        NET 30 DAYS
  ------------------------------------------------------------------------
  ITEM NO.          UNIT   ORDERED    SHIPPED    BACK ORD    PRICE      AMOUNT
  ------------------------------------------------------------------------
  JP100PS           M     10000.00   10005.00         .00    15.000   150,075.000
    Jakks Pacific 1/2 x 1/2          WHSE: 000



                                                               ------------
                                              NET INVOICE:      150,075.00
                                             LESS DISCOUNT:            .00
                                                   FREIGHT:            .00
                                                 SALES TAX:            .00
                                                               ------------
                                             INVOICE TOTAL:     150,075.00
```