FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Jun 7  11 44 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| DuPONT AUTHENTICATION SYSTEMS, LLC<br>**Plaintiff**<br><br>V.<br><br>JAKKS PACIFIC, INC.<br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CIVIL ACTION NO.:**
**3:02 CV 2193  (MRK)**

**JUNE 7, 2004**

### THE PLAINTIFF, DuPONT AUTHENTICATION SYSTEM'S, OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, DuPont Authentication Systems, hereby objects to the defendant, Jakks Pacific, Inc.'s motion for summary judgment.

In support thereof the plaintiff submits:

1.    Affidavit of Attorney Alexander J. Trembicki;

2.    Local Rule 56 (a)(2) statement;

3.    Memorandum of Law.

DuPONT AUTHENTICATION
SYSTEMS, LLC
By Its Attorney,

Alexander J. Trembicki, Esq.
Lynch, Trembicki, Martelon & Boynton
225 Main Street
Suite 103
Westport, CT  06880
Telephone No.:  203.227.6808
Federal Juris No.:  CT 06889

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, to all counsel of record on this date, June 7, 2004 as follows:

Bruce Robins, Esq.
Feder, Kaszovitz, Isaacson,
Weber, Skala, Bass & Rhine, LLP
750 Lexington Avenue
New York, NY 10022-1200
(counsel for Jakks Pacific, Inc.)

Toby M. Schaffer, Esq.
Shapiro & Siegel, P.C.
162 Bedford Street
Stamford, CT 06901
(counsel for Jakks Pacific, Inc.)

ALEXANDER J. TREMBICKI