FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Jun 7  11 44 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| DuPONT AUTHENTICATION SYSTEMS, LLC<br>**Plaintiff**<br><br>V.<br><br>JAKKS PACIFIC, INC.<br>**Defendant** | CIVIL ACTION NO.:<br>3:02 CV 2193 (MRK)<br><br>JUNE 7, 2004 |

## LOCAL RULE 56(a)(2) STATEMENT

The plaintiff, by its attorney Alexander J. Trembicki, hereby submits the following in response to the Local Rule 56(a)(1) statement submitted by the defendant.

1. Admitted.

2. Admitted.

3. Denied in part. The plaintiff admits that on January 15, 2002 that it faxed a document to the defendant regarding its pricing terms for WWF products that it manufactured for the defendant. However, the document was a quote for specific products and was issued in response to a request for the same by the defendant. (The quote is attached as Ex. A; Testimony of George Ferrera, Ex. B, pp. 18-25; Testimony of Stacy Pauly, Ex. C, pp. 57-60.)

4. Denied. The e-mail quotation omits a significant part of the e-mail which says: "I'll need to place an order for 10,000,000 stickers. Please let me know what you need from me to place this order. I'm assuming that we already have some sort of account in place". (See Exhibit D.)

5. Denied. The e-mail in pertinent part "thanked the defendant for the order" and sought minor details related to billing, shipping and delivery dates. (See Exhibit E.)

6. Admitted that Jakks never supplied the plaintiff with shipping information for this particular order. The plaintiff through prior business custom had the information to which the subject order was shipped. (See Testimony, Ferrera, Ex. B, pp. 41-42.) The remainder is denied.

7. Admitted.

8. Denied.

    a. Denied, statement only partially states the content of the e-mail. (See Exhibit F.) Moreover, Ferrera testimony is that there was an order. (See Ex. B, P. 63.) The e-mail sought approval from the WWE so that DuPont could purchase materials.

    b. Denied. There was an order, not a supposed order. (See Ex. A, B, D, E.)

    c. Denied. The plaintiff, Ferrera, was informed by Pauly of Jakks that her orders were on hold. Pursuant to his testimony, the order was cancelled. (See Ferrera testimony, Ex. B, pp. 65.)

    d. Denied. Jakks ordered the labels which were produced specifically for it. (See, Testimony of William Mahoney, Ex. H, pp. 16-17.) The e-mail from Zucker to Berg is admitted, however its context was in connection with a close out of the plaintiff's contract with the WWF. The goods had already been produced specifically for Jakks which approval was granted by the WWF. Thus, they were in inventory. There is no way to discuss what Zuckers' knowledge was of the status of the order. (See Mahoney testimony, Ex. H.)

## DISPUTED ISSUES OF MATERIAL FACT

  1. Whether or not the price quote issued to Jakks Pacific, Inc. on January 15, 2002 by the plaintiff DuPont Authentication in response to a request for same constituted an offer.

  2. Whether or not the e-mail from Jakks (Stacy Pauly) on January 16, 2002 in response to the price quote constituted an acceptance of the offer thereby creating an enforceable contract under Conn. Gen. Stat. §§ 42a-2-201 and 42a-2-204.

  3. Whether or not the defendant failed to timely object to the plaintiff's written confirmation of the order as per the e-mail of the plaintiff (George Ferrera) on January 16, 2002.

4.   Whether or not the shipping terms and addresses were material terms sufficient to preclude the creation of a contract between the parties.

5.   Assuming arguendo that the court finds that the quote of 1/15/2002 was not an offer from the defendant, whether the e-mail of 1/15/2002 from the defendant to the plaintiff and the plaintiff's e-mail sufficiently demonstrate the parties' intentions to form a contract pursuant to Conn. Gen. Stat. §§ 42a-2-201 and 42a-2-204.

Dated at: Westport, Connecticut
June 7, 2004

DuPONT AUTHENTICATION
SYSTEMS, LLC
By Its Attorney,

Alexander J. Trembicki, Esq.
Lynch, Trembicki, Martelon & Boynton
225 Main Street
Suite 103
Westport, CT 06880
Telephone No.: 203.227.6808
Federal Juris No.: CT 06889

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, to all counsel of record on this date, June 7, 2004 as follows:

Bruce Robins, Esq.
Feder, Kaszovitz, Isaacson,
Weber, Skala, Bass & Rhine, LLP
750 Lexington Avenue
New York, NY 10022-1200
(counsel for Jakks Pacific, Inc.)

Toby M. Schaffer, Esq.
Shapiro & Siegel, P.C.
162 Bedford Street
Stamford, CT 06901
(counsel for Jakks Pacific, Inc.)

_____
ALEXANDER J. TREMBICKI