FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

11 44 AM '04

U.S. DISTRICT COURT
NEW HAVEN. CONN.

| | |
|---|---|
| DuPONT AUTHENTICATION SYSTEMS, LLC<br>      **Plaintiff**<br><br>V.<br><br>JAKKS PACIFIC, INC.<br>      **Defendant** | CIVIL ACTION NO.:<br>3:02 CV 2193 (MRK)<br><br>JUNE 7, 2004 |

## AFFIDAVIT OF ALEXANDER J. TREMBICKI, ESQ.

The undersigned being duly sworn deposes and says the following:

1.   I am over the age of eighteen and understand the obligations of an oath.

2.   I am the attorney of record for the plaintiff and make this affidavit based upon my personal knowledge for purposes of opposing the defendant's motion for summary judgment.

3.   The purpose of this affidavit is to put before the court true copies of the following documents:

1)   Copy of original quote from the plaintiff, DuPont Authentication Systems, LLC to the defendant, Jakks Pacific, Inc., dated January 15, 2002, attached as Exhibit A.

2) Complete deposition testimony of George Ferrera of DuPont Authentication Systems, LLC, attached as Exhibit B.

3) Deposition testimony of Stacy Pauly, of Jakks Pacific, Inc., attached as Exhibit C.

4) E-mail from Stacy Pauly to George Ferrera dated January 16, 2002, attached as Exhibit D.

5) E-mail from George Ferrera to Stacy Pauly dated January 16, 2002, attached as Exhibit E.

6) E-mail from George Ferrera to Florence DiGiorgio dated January 17, 2002, attached as Exhibit F.

7) E-mail from Stacy Pauly to George Ferrera dated January 17, 2002; e-mail from Ferrera to Pauly dated January 22, 2002; e-mail from Pauly to Ferrera dated January 22, 2002; e-mail from Stacy Pauly to Ferrera dated 1/23/2002, all attached as Exhibit G.

8) Deposition testimony of William Mahoney of DuPont Authentication Systems, LLC, attached as Exhibit H.

9) Deposition testimony from Thomas Foster of DuPont Authentication Systems, LLC, attached as Exhibit I.

10) Deposition testimony from Andy Rickelmann of Jakks Pacific, Inc., attached as Exhibit J – intentionally not included.

11)   E-mail from Ferrera to Florence DiGiorgio of the WWF/WWE dated April 3, 2002, attached as Exhibit K.

12)   E-mail from Richard Zucker of DuPont Authentication Systems, LLC to Ira Berg dated February 14, 2002, attached as Exhibit L.

13)   E-mail from Stacy Pauly to Andy Rickelmann dated May 28, 2002, attached as Exhibit M.

14)   E-mail from Andy Rickelmann (Jakks) to Ferrera dated May 29, 2002, attached as Exhibit N.

15)   Series of e-mails from Pauly to Rickelmann and Rickelmann to Pauly dated May 31, 2002, June 4, 2002, June 5, 2002 and June 27, 2002, collectively identified and attached as Exhibit O.

16)   Requests for Admission dated February 24, 2004 and Defendant's answers to Requests for Admission dated April 2, 2004, attached as Exhibit P.

4.   Based upon the foregoing documents as well as the plaintiff's memorandum of law it is respectfully submitted that the defendant's motion for summary judgment should be denied.

5.   The foregoing is true to the best of my knowledge and belief.

_____
ALEXANDER J. TREMBICKI, ESQ.

Subscribed and sworn to before me on this 7th day of June, 2004.

_____
George F. Martelon Jr.
Commissioner of the Superior Court
~~Notary Public~~
~~My Commission~~ Expires On: 4.20.06