UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DuPONT AUTHENTICATION SYSTEMS, LLC<br>      Plaintiff<br><br>V.<br><br>JAKKS PACIFIC, INC.<br>      Defendant | CIVIL ACTION NO.:<br>3:02 CV 2193 (MRK)<br><br>OCTOBER 22, 2004 |

## JOINT MOTION TO REMAND

The plaintiff herein, DuPont Authentication Systems, LLC, and the defendant, JAKKS Pacific, Inc., hereby jointly move this court pursuant to U.S.C. § 1447(c) to remand this case to the state court for the State of Connecticut. In support thereof, the parties state the following:

1. The instant action was initially filed in the Superior Court for the State of Connecticut in the Judicial District of Fairfield at Bridgeport.

2. For purposes of diversity jurisdiction the citizenship of a limited liability company is determined by the citizenship of each of its members. Handlesman vs. Bedford Village Associates, 213 F. 3d 48, 52 (2d Cir. 2000); The Media Group vs. Arent Fox Kitner Plotkin & Kahn PPLC, 2004 U.S. Dist. Lexis 823 (D. Conn. 2004); Nipmuc Properties, LLC vs. PDC-El Paso Meriden, LLC, 2002 U.S. Dist. Lexis 13611 (D. Conn. 2002).

3.    The DuPont Authentication, LLC is a limited liability company whose members are E.I. DuPont DeNemours and Company, a Delaware corporation and Keystone Technologies, LLC which is a Connecticut organized limited liability company.

4.    Because JAKKS Pacific, Inc. is a Delaware corporation there is an absence of complete diversity between the parties depriving this court of subject matter jurisdiction.

5.    Therefore, the parties move pursuant to 28 U.S.C. § 1447(c) that this case be remanded to the Superior Court for the State of Connecticut in the Judicial District of Fairfield at Bridgeport.

Dated at: Westport, Connecticut

October 22, 2004

                                    Respectfully submitted,

                                    **DuPONT AUTHENTICATION SYSTEMS, LLC**
By Its Attorneys,

_____
Alexander J. Trembicki
Fed. Bar No. CT-06889
Lynch, Trembicki, Martelon & Boynton
225 Main St. Ste. 103
Westport, CT 06880


**JAKKS PACIFIC, INC.**
By Its Attorneys,

Dated: 10/21/04

_____
Ezio Scaldaferri, Esq.
Bruce Robins, Esq.
Feder, Kaszovitz, Isaacson, Weber, Skala, Bass & Rhine, LLP
750 Lexington Avenue
New York, NY 10022-1200


Toby M. Schaffer, Esq.
Fed. Bar No.
Shapiro & Siegel, P.C.
162 Bedford Street
Stamford, CT 06901

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DuPONT AUTHENTICATION SYSTEMS, LLC<br>　　　　Plaintiff<br><br>V.<br><br>JAKKS PACIFIC, INC.<br>　　　　Defendant | CIVIL ACTION NO.:<br>3:02 CV 2193  (MRK)<br><br>OCTOBER _____, 2004 |

### ORDER

The foregoing joint motion to remand having been considered by the court, it is hereby ordered GRANTED; and

It is further ordered that this case be remanded to the state court for the State of Connecticut, Judicial District of Fairfield at Bridgeport.

ORDERED this _____ day of October, 2004.

_____
Mark R. Kravitz, J.
United States District Court
District of Connecticut

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, to all counsel of record on this date, October 22, 2004 as follows:

Bruce Robins, Esq.
Feder, Kaszovitz, Isaacson,
Weber, Skala, Bass & Rhine, LLP
750 Lexington Avenue
New York, NY 10022-1200
(counsel for Jakks Pacific, Inc.)

Toby M. Schaffer, Esq.
Shapiro & Siegel, P.C.
162 Bedford Street
Stamford, CT 06901
(counsel for Jakks Pacific, Inc.)

ALEXANDER J. TREMBICKI