## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUPONT AUTHENTICATION SYSTEMS, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:02cv2193 |
| JAKKS PACIFIC, INC., | : | |
| Defendant. | : | |

## ORDER

Based on the representations of the parties, the Court has determined that it lacks subject matter jurisdiction over this case. Therefore, the Court hereby GRANTS the parties' Joint Motion To Remand [**doc. #49**] the case to the Superior Court for the State of Connecticut in the Judicial District of Fairfield at Bridgeport. **The Clerk is directed to close this file.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: October 27, 2004.